IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02166-WDM-MJW

MICHAEL R. PEARSON,

Plaintiff(s),

v.

BRANDON PAYNE, and
JEREMY PHILIP MAYNS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that Defendants' Motion to Stay Pending Outcome of State Criminal Charges and Vacate Scheduling Conference (docket no. 12) is GRANTED for those reasons stated within the motion that I incorporate by reference. Moreover, I find that Plaintiff does not object to the relief sought in this motion. Accordingly, the Rule 16 Scheduling Conference set on October 28, 2010, at 9:30 a.m. before Magistrate Judge Watanabe is VACATED and this case is STAYED until further Order of Court.

It is FURTHER ORDERED that the parties shall file with the court a Joint Status Report on the progress of the state criminal case on the first day of each month beginning December 1, 2010, and for each month thereafter until the state criminal case is concluded.


Date: October 21, 2010